# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: K.W. v. City of New York          Docket No.: 24-3042

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Stephen Bergstein, Esq.

Firm: Bergstein & Ullrich

Address: 5 Paradies Lane, New Paltz, NY 12561

Telephone: (845) 469-1277     Fax: (845) 469-5904

E-mail: steve@tbulaw.com

Appearance for: Plaintiff-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Evan Brustein, Esq.)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Stephen Bergstein

Type or Print Name: Stephen Bergstein, Esq.