# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-four.

Before:     William J. Nardini,
                 *Circuit Judge*.

_____

| | |
|---|---|
| K. W., on behalf of himself and his Infant Child, K.A., | **ORDER** |
| Plaintiff - Appellant, | Docket No. 24-3042 |
| v. | |
| The City of New York, Amar Moody, Children's Aid Society, Brian Gomez, | |
| Defendants - Appellees. | |

_____

      Appellant moves for removal of this matter from the Court's Expedited Appeals Calendar.

      IT IS HEREBY ORDERED the motion is GRANTED. Within 7 days of the date of this order, Appellant must file a scheduling notification pursuant to Local Rule 31.2(a)(1)(A).

                                 For the Court**:**
                                 Catherine O'Hagan Wolfe,
                                 Clerk of Court