## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: K.W. v. The City of New York    Docket No.: 24-3042

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David Shalleck-Klein

Firm: Family Justice Law Center

Address: 41 Madison Avenue, 40th Fl, New York NY 10010

Telephone: 212-223-6939    Fax:

E-mail: dshalleckklein@fjlc.org

Appearance for: K.W. / Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Alan E. Schoenfeld / WimerHale )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ David Shalleck-Klein

Type or Print Name: David Shalleck-Klein