# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3042

**Caption [use short title]**

**Motion for:** extension of time to file plaintiff-appellant's opening brief.

K. W. v. The City of New York

**Set forth below precise, complete statement of relief sought:**

Plaintiff-appellant respectfully moves to extend the deadline to file his opening brief for thirty days, from March 3, 2025 to April 2, 2025.

**MOVING PARTY:** K. W., on behalf of himself and his Infant Child, K.A.
**OPPOSING PARTY:** City of New York, Amar Moody, Children's Aid Society, Brian Gomez

☒ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Eliza J. McDuffie
**OPPOSING ATTORNEY:** Hannah J. Sarokin

*[name of attorney, with firm, address, phone number and e-mail]*

Family Justice Law Center, 41 Madison Avenue, 40th Floor
New York, NY 10010
213-223-6939, emcduffie@fjlc.org

New York City Law Department, 100 Church Street, Room 6-200
New York, NY 10007
212-356-5036, hsarokin@law.nyc.gov

**Court- Judge/ Agency appealed from:** U.S. District Court for the Southern District of New York; Judge Naomi Reice Buchwald

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Eliza J. McDuffie **Date:** 2/3/2025 **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| K.W., on behalf of himself and his infant child, K.A., <br><br> *Plaintiff-Appellant*, <br><br> v. <br><br> THE CITY OF NEW YORK, AMAR MOODY, THE CHILDREN'S AID SOCIETY, and BRIAN GOMEZ, <br><br> *Defendants-Appellees*. | Case No. 24-3042 |

**PLAINTIFF-APPELLANT K.W.'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE HIS OPENING BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26 and 27 and Local Rule 27.1, Plaintiff-Appellant K.W., proceeding on behalf of himself and his infant child, K.A., moves for a 30-day extension of time to file his opening brief. Counsel for Plaintiff-Appellant has conferred with counsel for Defendant-Appellees the City of New York, Amar Moody, the Children's Aid Society, and Brian Gomez, who consent to this request.

1. Federal Rule of Appellate Procedure 26(b) provides that a party may receive an extension of time "to perform any act" "[f]or good cause." Additionally, Local Rule 27.1(f) provides that the court will "grant a motion to extend the time to file a brief" in the event of "an extraordinary circumstance."

1

2. Under this Court's existing scheduling order, Plaintiff-Appellant's brief must be filed on or before March 3, 2025. Dkt. No. 31.

3. Plaintiff-Appellant requests a 30-day extension of time to file his opening brief, which would make the brief due on April 2, 2025.

4. Counsel for Plaintiff-Appellant has conferred with counsel for Defendant-Appellees, who consent to this request.

5. There is good cause for Plaintiff-Appellant's requested extension. Plaintiff-Appellant has very recently retained new pro bono counsel, Wilmer Cutler Pickering Hale and Dorr LLP and the Family Justice Law Center, who were not involved in the proceedings below and who only signed on as counsel on January 24, 2025. Plaintiff-Appellant's counsel thus requires additional time to familiarize themselves with the record and the complex issues that are the subject of this appeal.

6. Further, Plaintiff-Appellant's counsel has preexisting professional commitments in February 2025. For example, Mr. Schoenfeld is participating a final pretrial conference on February 5 and a concurrent expert proceeding on February 12, both of which require substantial preparation time. Mr. Shalleck-Klein's and Ms. McDuffie's commitments include a February 12 deadline to file an application for a discretionary appeal in the Georgia Court of Appeals in *In re E.F. & C.F.*, Nos. 23000437 & 438, a March 7 deadline to file a reply brief in the

2

New York Appellate Division, First Department in *Matter of A'Kahri R.*, 2024-06363, as well as depositions of three named plaintiffs in a complex putative class action scheduled between February 18 and March 5, all of which require substantial preparation time. Denying this motion would therefore substantially curtail counsel's ability to brief this appeal.

7.  Thus, Plaintiff-Appellant submits that this is an extraordinary circumstance warranting the grant of an extension of time to file his opening brief.

8.  This Court has granted motions for extension of time under comparable circumstances. *See, e.g.*, *Fabrikant v. French*, No. 10-3288 (2d Cir.), ECF Nos. 75 (requesting extension of briefing schedule where appellant was assigned new *pro bono* counsel on appeal, and new counsel "believe[d] that additional time [wa]s necessary . . . to familiarize themselves with the factual background of [appellant's] case and to file [appellant's] brief"), 81 (granting motion); *Tillman v. N.Y.C. Dep't of Hum. Res.*, No. 22-872 (2d Cir.), ECF Nos. 66 (*pro bono* counsel requesting an extension of time to file opening brief because counsel had other professional obligations which would "hinder [counsel's] ability to draft [the] anticipated appellant's brief by the current deadline"), 71 (granting motion); *see also, e.g.*, *Mitchell v. Annucci*, No. 21-2784 (2d Cir.), ECF Nos. 117 (*pro bono* counsel requesting extension of time to file reply brief "to ensure that appellate counsel ha[d] sufficient time" to review relevant materials and prepare

3

their brief, especially given that counsel had "several other substantial professional obligations between now and the current deadline"), 120 (granting motion).

9. For these reasons, Plaintiff-Appellant respectfully requests a 30-day extension of time to and including April 2, 2025, for counsel to prepare and submit an opening brief. This is the first request for an extension of time by Plaintiff-Appellant and is not made for delay. No party will be prejudiced if it is granted.

Respectfully submitted,

Dated: February 3, 2025          */s/ Eliza J. McDuffie*
Eliza J. McDuffie
David Shalleck-Klein
FAMILY JUSTICE LAW CENTER, INC.
41 Madison Avenue, 40th Floor
New York, New York 10010
(213) 223-6939
emcduffie@fjlc.org
dshalleckklein@fjlc.org

*and*

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
alan.schoenfeld@wilmerhale.com

*and*

Evan Brustein
BRUSTEIN LAW PLLC
299 Broadway, 17th Floor

4

5

New York, New York 10007
(212) 233-3900
evan@brusteinlaw.com

*Attorneys for Plaintiff-Appellant K.W.*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 643 words, as determined by Microsoft Word for Microsoft 365, including the headings and footnotes and excluding the parts of the brief exempted by Fed. R. App. P. 32(f). The brief also complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because the text appears in 14-point Times New Roman, a proportionally spaced serif typeface.

/s/ *Eliza J. McDuffie*
Eliza J. McDuffie