# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of February, two thousand twenty-five.

Before:      William J. Nardini,
                     *Circuit Judge.*

---

| | |
|---|---|
| K. W., on behalf of himself and his infant child, K.A., | **ORDER** |
|       Plaintiff - Appellant, | Docket No. 24-3042 |
| v. | |
| The City of New York, Amar Moody, Children's Aid Society, Brian Gomez, | |
|       Defendants - Appellees. | |

---

      Appellant moves for a 30-day extension to April 2, 2025 to file the opening brief.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                                        For the Court:
                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court

