UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse　40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3042　　　　　　　　　　　　　　**Caption [use short title]**

**Motion for:** leave for later filing of amicus brief

K. W. v. The City of New York

Set forth below precise, complete statement of relief sought:

Amici Fourth Amendment and Family Law Scholars request leave to file an amicus brief in support of Plaintiffs-Appellants 14 days after the filing of the principal brief of Plaintiffs-Appellants (an extension of 7 days) under FRAP 29(a)(6).

**MOVING PARTY:** Fourth Amendment and Family Law Scholars (amici curiae)　　**OPPOSING PARTY:** None

☐ Plaintiff　　☐ Defendant
☐ Appellant/Petitioner　　☐ Appellee/Respondent

**MOVING ATTORNEY:** Mitchell Russell Stern　　**OPPOSING ATTORNEY:** None

[name of attorney, with firm, address, phone number and e-mail]

Mitchell Russell Stern　　212-836-8000
Arnold & Porter Kaye Scholer LLP　　mitchell.stern@arnoldporter.com
250 West 55th Street, New York, NY 10019

**Court-Judge/Agency appealed from:** Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes　☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed　☐ Opposed　☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes　☒ No　☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?　☐ Yes　☐ No
Has this relief been previously sought in this court?　☐ Yes　☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?　☐ Yes　☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?　☐ Yes　☒ No　If yes, enter date:

**Signature of Moving Attorney:**
Mitchell Stern　Digitally signed by Mitchell Stern Date: 2025.04.03 18:45:03 -04'00'　**Date:** 4/3/2025　**Service:** ☒ Electronic　☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)