# 24-3042

# United States Court of Appeals
FOR THE SECOND CIRCUIT

K.W., on behalf of himself and his infant child, K.A.,

*Plaintiffs-Appellants,*

—v.—

The City of New York et al.,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**Motion of *Amici Curiae* Fourth Amendment and Family Law Scholars for Leave for Later Filing of *Amicus* Brief**

Mitchell Russell Stern
ARNOLD & PORTER
　KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
mitchell.stern@arnoldporter.com

*Counsel for Amici Curiae
Fourth Amendment and
Family Law Scholars*

Pursuant to Federal Rules of Appellate Procedure 27(a) and 29(a)(6), *amici curiae* Fourth Amendment and Family Law Scholars respectfully request leave to file an *amicus* brief in support of Plaintiffs-Appellants within 14 days after the filing of the principal brief of Plaintiff-Appellant, extending the time to file by 7 days from April 9, 2025 to April 16, 2025.

Counsel for all parties have consented to the relief requested. This is *amici curiae* Fourth Amendment and Family Law Scholars' first request for an extension.

Respectfully submitted,

*/s/ Mitchell Russell Stern*
Mitchell Russell Stern
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street,
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
mitchell.stern@arnoldporter.com

*Counsel for Amici Curiae*
*Fourth Amendment and*
*Family Law Scholars*