**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

Docket Number(s): 24-3042

Caption [use short title]

Motion for: extension of time to file plaintiffs-appellants' reply brief

K. W. v. The City of New York

Set forth below precise, complete statement of relief sought:

Plaintiffs-appellants respectfully move to extend the deadline to file their reply brief for nine days, from July 23, 2025 to August 1, 2025.

MOVING PARTY: K. W., on behalf of himself and his Infant Child, K.A.

OPPOSING PARTY: City of New York, Amar Moody, Children's Aid Society, Brian Gomez

☑ Plaintiff    ☐ Defendant

☑ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Eliza J. McDuffie

OPPOSING ATTORNEY: Sheryl A. Sanford

[name of attorney, with firm, address, phone number and e-mail]

Family Justice Law Center, 41 Madison Avenue, 40th Floor

New York, NY 10010

213-223-6939, emcduffie@fjlc.org

Black Marjieh & Sanford LLP, 100 Clearbrook Road, Suite 345

Elmsford, New York 10523

914-704-4404, Ssanford@bmslegal.com

Court- Judge/ Agency appealed from: U.S. District Court for the Southern District of New York; Judge Naomi Reice Buchwald

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes    ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes    ☐ No    ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?    ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Eliza McDuffie

Date: 6/26/2025

Service : ☑ Electronic    ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

K.W., on behalf of himself and his
infant child, K.A.,

   *Plaintiff-Appellant*,

  v.

THE CITY OF NEW YORK, AMAR
MOODY, THE CHILDREN'S AID
SOCIETY, and BRIAN GOMEZ,

   *Defendants-Appellees*.

Case No. 24-3042

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR
## A NINE-DAY EXTENSION OF TIME TO FILE THEIR REPLY BRIEF

Pursuant to Federal Rules of Appellate Procedure 26 and 27 and Local Rule 27.1, Plaintiff-Appellant K.W., proceeding on behalf of himself and his infant child, K.A., moves for a nine-day extension of time to file their reply brief. Counsel for Plaintiffs-Appellants have conferred with counsel for Defendants-Appellees, the City of New York, Amar Moody, the Children's Aid Society, and Brian Gomez, who consent to this request.

1. Federal Rule of Appellate Procedure 26(b) provides that a party may receive an extension of time "to perform any act" "[f]or good cause." Additionally, Local Rule 27.1(f) provides that the court will "grant a motion to extend the time to file a brief" in the event of "an extraordinary circumstance."

1

2. The Court granted the removal of this case from the Court's Expedited Appeals Calendar (Dkt. No. 29.1) and granted Plaintiffs-Appellants' motion for a 30-day extension to file their opening brief on April 2, 2025 (Dkt. No. 43.1). Plaintiffs-Appellants filed their opening brief on April 2, 2025. Dkt. No. 64.1.

3. Defendants-Appellees filed a scheduling notification requesting 91 days to file their brief, and that request was granted, making Defendants-Appellees' brief due on or before July 2, 2025. Dkt. Nos. 66.1, 72.1.

4. If Defendants-Appellees' brief is timely filed, Plaintiffs-Appellants' reply brief will be due 21 days later pursuant to Local Rule 31.2, on July 23, 2025. Plaintiffs-Appellants request a nine-day extension to file their reply brief, which would make the brief due on August 1, 2025.

5. Counsel for Plaintiffs-Appellants has conferred with counsel for Defendants-Appellees, who consent to this request.

6. There is good cause for Plaintiffs-Appellants' requested extension. Plaintiffs-Appellants' counsel have preexisting professional commitments in July 2025. Specifically, the Family Justice Law Center has a reply memorandum of law in support of class certification in *Gould v. City of New York*, 24-cv-1263, due July 30, 2025, in the United States District Court for the Eastern District of New York. That same set of lawyers also expects to file an opening brief in the *Matter of Liam*

2

*M.*, 2025-03064, NN-37255-7/23 (Appellate Division, First Department) on July 7, 2025.

7.   The requested extension also will accommodate the upcoming July 4 holiday weekend as well as preexisting travel plans.  Ms. McDuffie will be out of the country due to preexisting commitments from July 4, 2025 to July 15, 2025. Denying this motion would therefore substantially curtail counsel's ability to brief this appeal.

8.   Thus, Plaintiffs-Appellants submit that this is an extraordinary circumstance warranting the grant of an extension of time to file their opening brief.

9.   This Court has granted motions for extension of time under comparable circumstances.  *See, e.g.*, *Dickinson v. Warren Country Sherrif*, No. 18-2781 (2d Cir.), ECF Nos. 100 (pro bono counsel requesting extension to file reply brief, in part, "to accommodate the upcoming Labor Day holiday weekend"), 103 (granting motion); *Milligan v. CCC Info. Serv's, Inc.*, No. 18-1405, 18-1407 (2d Cir.), ECF Nos. 70 (requesting extension to file reply brief due to the "attorney's preexisting obligations in other cases" and "preexisting travel plans in connection with the Thanksgiving holiday"), 76 (granting motion).

10.   Plaintiffs-Appellants are filing this motion now, in advance of the July 2, 2025 filing deadline for the Defendants-Appellees' brief, to expedite the Court's

consideration of this request and so that Plaintiff-Appellant may be informed of the deadline they need to meet when they receive the Defendants-Appellees' brief on July 2, 2025.

11.     For these reasons, Plaintiffs-Appellants respectfully request a nine-day extension of time to and including August 1, 2025, for counsel to prepare and submit a reply brief.  This request is not made for delay, and no party will be prejudiced if it is granted.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: June 26, 2025

/s/ Eliza J. McDuffie
DAVID SHALLECK-KLEIN
ELIZA J. MCDUFFIE
FAMILY JUSTICE LAW CENTER
41 Madison Avenue
40th Floor
New York, NY 10010

ALAN E. SCHOENFELD
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

EVAN BRUSTEIN
BRUSTEIN LAW PLLC
299 Broadway, 17th Floor

4

New York, New York 10007

MAYA RISMAN
RISMAN & RISMAN, P.C.
233 Broadway, Suite 2707
New York, NY 10279

*Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 622 words, as determined by Microsoft Word for Microsoft 365, including the headings and footnotes and excluding the parts of the brief exempted by Fed. R. App. P. 32(f).  The brief also complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because the text appears in 14-point Times New Roman, a proportionally spaced serif typeface.

*/s/ Eliza J. McDuffie*
Eliza J. McDuffie